**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 91-cr-00190-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS ROBLES,

    Defendant.

---

**ORDER QUASHING WARRANT AND TERMINATING
SUPERVISION UNSUCCESSFULLY**

---

    THIS MATTER is before the Court upon a request by the probation officer to dismiss supervised release violation proceedings in this case. A supervised release violation warrant was issued on October 23, 2003, based on the defendant failing to report for supervision. On September 15, 2006, the defendant was arrested in California on state charges of Robbery, Kidnapping, and Rape. On July 15, 2008, the defendant was sentenced to 52 years imprisonment in Superior Court of California, County of Los Angeles, Docket No. GA067030, on 14 counts of Robbery and one count of Carjacking. Upon review of the files and records herein, and the request by the probation officer, the Court

    ORDERS that the petition for violation of supervised release, dated October 23, 2003, is hereby dismissed and the warrant is quashed. It is

    FURTHER ORDERED that the defendant's supervised release is terminated immediately for unsatisfactory compliance.

    DATED at Denver, Colorado, this __27th__ day of March, 2013.

                                  BY THE COURT:

                                  __s/Lewis T. Babcock__
                                  LEWIS T. BABCOCK, Senior Judge
                                  United States District Court